November 29, 2011



# JUDGMENT

# The Fourteenth Court of Appeals

RICHARD SPECHT AND RENE HAMOUTH, Appellants

NO. 14-10-01056-CV                          V.

WILLIAM R. DUNAVANT AND WILLIAM R. DUNAVANT FAMILY HOLDINGS, INC., Appellees

_____

This cause, an appeal from the judgment in favor of appellees, William R. Dunavant and William R. Dunavant Family Holdings, Inc., signed October 4, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for with instructions to the trial court to sever and dismiss the claims against appellants.

We order appellees, William R. Dunavant and William R. Dunavant Family Holdings, Inc., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.